IN RE: WARSHAUER                          CASE NO. 08-13209

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

ANTI-FRAUD PROTECTION - PATENTS 5,197,745; 5,31

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS          10111
60-249 / 433
2
19624

TID #380290
MICHAEL CHIASSON
P. O. BOX 1666
MANDEVILLE LA 70470

| Case | Debtor |
|---|---|
| 08-13209 A | WARSHAUER, WILLIAM H. |
| 92000215751666 | WARSHAUER, JANICE B. |
| REISSUED CHECK FROM STALE CHECK PROCESSING | |

Date    06/07/2010         $ ********124.07

~~~One Hundred Twenty-Four Dollars and 07/100

Pay to the
Order of    CHECK, UNITED STATES BANKRUPTCY COURT

MICHAEL CHIASSON

⑈000 10 1 1 1⑈  ⑆04330 2493⑆9 2000 2 157 5 1666⑈

6/9/10

DEPOSITED TO TREASURY
UNCLAIMED.

DUE: CAPITAL ONE

**UNITED STATES
BANKRUPTCY COURT**
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227234    - JN
* * C O P Y * *
June 09, 2010
15:54:10

TREASURY REGFUND
08-13209
Debtor.: WILLIAM H. WARSHAUER
Trustee: Michael Chiasson
Amount.:          $124.07 CH
Check#.: 10111

Total-> $124.07

FROM: CHIASSON

Printed: 06/07/10 10:52 AM

**Stale Check Report**

Page: 1

**Trustee:** MICHAEL CHIASSON (380290)
**Case:** 08-13209 - WARSHAUER, WILLIAM H.

| Account No. | Check No. | Issued | Payee | | | | Check Amount |
|---|---|---|---|---|---|---|---|
| 9200-02157516-66 | 10111 | 06/07/10 | CHECK, UNITED STATES BANKRUPTCY COURT | | | | $124.07 |

| Cancelled Account No. | Cancelled Check No. | Filed | Claim No. | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-02157516-66 4 | 10104 | 02/20/09 | 610 | Priority | Capital One, National Association PO BOX 829009 Dallas, TX 75382 | 91,177.47 | 91,177.47 | 124.07 | 124.07 |

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.